ANDREW T. WATT, JR., Individually and as President of Association, Inc., Local 3794, AFL-CIO, et al., Appellants, v THOMAS RICHARDSON, as President-Treasurer of Greece-Ridge Exempt Firemen Association and as Administrator of Firefighters Insurance Fund of Greece Ridge Fire Department and Ridge Road Fire District, et al., Respondents.

Submitted August 16, 2004; decided October 21, 2004

Motion, insofar as it seeks leave to appeal from the Appellate Division order declaring the rights of the parties, denied; motion, insofar as it seeks leave to appeal from the Appellate Division order denying leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of ANDREW CACCIATORE, Appellant, v AJ HUNTER CONSTRUCTION COMPANY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted August 2, 2004; decided October 26, 2004

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.